IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE BEACHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv139-SRW |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is presently before the court on the motion to remand filed by the Commissioner on June 26, 2008 (Doc. # 11). Upon consideration of the motion, it is

ORDERED that plaintiff may respond to the motion on or before July 7, 2008.

Additionally, the undersigned Magistrate Judge cannot proceed in this action without signed consent from all parties. From a review of the docket, it does not appear that all parties have consented to Magistrate Judge jurisdiction. Accordingly, it is further ORDERED that any party desiring to consent to Magistrate Jurisdiction over this matter is DIRECTED to file the attached consent form on or before July 7, 2008.

Done, this 30th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| _____, | ) |
| Plaintiff(s), | ) ) ) ) |
| v. | ) CIVIL ACTION NO. _____ |
| _____, | ) ) ) |
| Defendant(s). | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
   Date                                                    Signature

                                                  _____
                                                  Counsel For (**print** name of all parties)

                                                  _____
                                                  Address, City, State Zip Code

                                                  _____
                                                  Telephone Number

**<u>DO NOT FILE THIS DOCUMENT ELECTRONICALLY.</u>**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**